# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### Bridgeport Division

In re:  
SOLID CONTACT BASEBALL, INC.

Case No. 09-50593 AHWS

(CHAPTER 7)

Debtor(s).

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

XXX    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 7/1/11

ROBERTA NAPOLITANO, Trustee  
350 FAIRFIELD AVENUE  
BRIDGEPORT, CT 06604  
(203) 333-1177

# EXHIBIT A

Case Name:   SOLID CONTACT BASEBALL, INC.
Case Number: 09-50593

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Mark Watson<br>P.O. Box 310<br>Tampa, FL 33606 | 6 | $15,000.00 | | $55.77 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 55.77 |